**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Charles Dean,                                                                05cv661        (JNE/SRN)

        Plaintiffs,

v.                                                                                            **ORDER**

Northwest Airlines, Inc.,

        Defendant.

---

It appearing that proceedings in the above matter having been stayed pending the disposition of bankruptcy proceedings.

**IT IS HEREBY ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of any party to move to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: June 27, 2006.

                                                 s/ Joan N. Ericksen
                                                 Joan N. Ericksen, Judge
                                                 United States District Court